# EXHIBIT A

| CIVIL ACTION COVER SHEET | DOCKET NUMBER 21 899 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| | | COUNTY |

| Plaintiff Theodore Tobias | Defendant: Frederick Smith, CEO |
|---|---|
| ADDRESS: 826 Willard St. Apt 212 Quincy Ma 02169 | ADDRESS: 942 South Shady Grove Rd. Memphis TN 38120 |

| Plaintiff Attorney: | Defendant Attorney: |
|---|---|
| ADDRESS: | ADDRESS: |
| | |
| | |
| BBO: | BBO: |

**TYPE OF ACTION AND TRACK DESIGNATION (see instructions section below)**

| CODE NO. B99 | TYPE OF ACTION (specify) Stolen Package | TRACK | HAS A JURY CLAIM BEEN MADE? ☐ YES ☒ NO |
|---|---|---|---|

*If "Other" please describe:

| Is there a claim under G.L. c. 93A? ☐ YES ☐ NO | Is there a class action under Mass. R. Civ. P. 23? ☐ YES ☐ NO |
|---|---|

**STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A**

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**

A. Documented medical expenses to date
   1. Total hospital expenses
   2. Total doctor expenses
   3. Total chiropractic expenses
   4. Total physical therapy expenses
   5. Total other expenses (describe below)

Subtotal (1-5): $0.00

B. Documented lost wages and compensation to date
C. Documented property damages to date
D. Reasonably anticipated future medical and hospital expenses
E. Reasonably anticipated lost wages
F. Other documented items of damages (describe below)

TOTAL (A-F): $0.00

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

**CONTRACT CLAIMS**

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).

| Item # | Detailed Description of Each Claim | Amount |
|---|---|---|
| 1. | | |
| | Total | |

| Signature of Attorney/Unrepresented Plaintiff X Theodore Tobias jr | Date: 9/30/21 |
|---|---|

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

**CERTIFICATION PURSUANT TO SJC RULE 1:18**

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

| Signature of Attorney/Unrepresented Plaintiff: X | Date: |
|---|---|

COMMONWEALTH OF MASSACHUSETTS

NORFOLK, SS

THEODORE TOBIAS

21    899

Plaintiff

V.

FREDERICK SMITH

## PARTIES

1. The Plaintiff, Theodore Tobias is a citizen of the Commonwealth of Massachussetts and a resident of Quincy Ma 02169.

2. Upon information and belief, the defendant Frederick Smith, 942 South Shady Grove Rd Memphis TN 38120 is CEO and is a Fedex Corporation throughout Massachusetts.

3. I Plaintiff have correspondences from Memphis TN 38125.

# COMPLAINT

On 2/22/18 Fedex told me my package was shipped (See Claim Form Attached.) Fedex has a service that helps you fill out the Claim Form; therefore all dates, Fedex stated for me to put on Claim Form.

On 3/9/18 I called the Police and informed them License Plate #L13395 (Fedex worker) at 11:44am ran away, pulled off and put a Fedex Ground Door Tag/Receipt on my Door, See Police Report and Fedex Ground Receipt Attached.

On 3/13/18 I reported it again by filing a Claim to Cargo Claims Dept. See Certified Mail Receipt Attached; therefore I've established I reported this incident within 21 days as Fedex requires, See Instructions Highlighted Attached.

Fedex instructions state: "most case's will normally be resolved in 5 to 7 business days See Instructions Highlighted Attached.

It's been 3 years and 6 months and the Cargo Claims Dept still hasn't responded and/or the CEO & President Fredrick Smith.

Fedex presents NO DATE when plaintiffs package was shipped, See Track b/our Package Attached.

1.

Fedex/Frederick Smith is negligent and liable, the facts are as follows:

1. Fedex Ground Door **Tag** says verbatim (in part): By my signature, I agree that Fedex will not be liable. See Fedex Ground Door Tag Attached (Highlighted).

2. Fedex informed me to do a Police Report (due to they were aware License Plate #LP3395 was there everker See Police Report/Claim Form Attached. Fedex worker stole my package!

3. 99% of my claim documentation (my original writings) was inside my packages, to understand the value of said items I've enclosed 1 personal correspondence from Anand Sethuraman See Apple Inc. Attached.

Fedex/Frederick Smith intentionally, knowingly "Knew or should have known" 1. Plaintiff filed timely which warrants a response. 2. Fedex/Frederick Smith does not present a specific day this package was shipped. 3. Fedex/Frederick Smith states "most cases will normally be resolved in 5 to 7 business days" — Fedex/Frederick Smith has breached contract as plaintiff still awaits response (as it's been 3 years and 6 months) Fedex/Frederick Smith are negligent and violated larceny, theft, to respond timely, policy, protocol. The Fedex Ground money back guaranteed See Fedex Ground Attached.

2.

Chapter 93 a

Requested Relief: 200 Billion Dollars ($200,000,000,000.00)

Upon Agreement I will settle (if Fedex/Frederick Smith admits to there negligence) I Theodore Tobias will accept there 5 Million General Liability due to this was an insured package and the value of said items (See Limits of Liability Attached (Highlighted).

* If Fedex/Frederick Smith doesnt accept any offer then I request 3 × 5 Million Dollars pursuant to Chapter 93 a. (that is, 3 times $5,000,000.00 dollars (Five million dollars).

THEODORE TOBIAS jr
THEODORE TOBIAS
826 Willard St. Apt 212
Quincy Ma 02169
Phone: 860-996-2617
E-mail: Tobias.Theodore@yahoo.com
Date: 9/30/21

3.

**FedEx®**

## Claim Form

For lost or damaged U.S. or international shipments

Sender or Shipper's Name / Contact *Allen Bailey*
Company
Address *129 Enfield St.*
City *Hartford*    State / Province *CT*
Country *USA*    ZIP / Postal Code
Phone *860-436-1327* Fax
E-Mail

Recipient's or Consignee's Name / Contact *Theodore A Tobias jr*
Company
Address *79 Berries Hill Rd.*
City *Windsor*    State / Province *CT*
Country *USA*    ZIP / Postal Code *06095*
Phone *860-996-1131* Fax
E-Mail *getsed291@gmail.com*

Tracking or Freight Bill Numbers    *DT7238 4582 9329 See Delivery Receipt Attached.*

Multiple tracking numbers for the same sender, recipient, and ship date allowed.

### Shipment Information

Ship date *Feb. 22, 18*    No. of packages    Weight

FedEx control number *7238 4582 9329*

(NOTE: Call 1.800.GoFedEx 1.800.463.3339 to obtain a FedEx Express control number or a FedEx Ground damaged call tag confirmation number)

- Loss
  - ○ Complete
  - ○ Partial
- ○ Damaged
  Please retain all packaging and merchandise until your claim is resolved.
- ○ C.O.D.
  For FedEx Express® and FedEx Ground® Only

| Qty of Packages | Item # | Item Description | Claimed Amount |
|---|---|---|---|
| | | *Original Writings PAu 3-875-439* | *100,000,000,000.00* |
| | *1* | *Original Writings 1-461989210 1* | *500,000,000,000.00* |
| | | *McDonalds Prototype (Modified)* | *500,000,000,000.00* |

Contents of shipment *See other Copies of Writings as Proof & Registrations Attached*

Describe damage to outer packaging

Describe inner packaging *See Item Descriptions Attached*

Describe damage to contents

*N/A - LOSS*

Declared value
(The value declared on the shipment when tendered to FedEx) $ *1,000*

Declared value for customs
(International shipments only) $

Merchandise value
(Original purchase value and/or cost to repair) $ *200,000,000,000.00 (Two Hundred Billion Dollars)*

FedEx pack & ship fee $

Freight charge $    Total claim / C.O.D. amount $

Customer remarks *Driver FedEx worker at 11:44 Am ran away, pulled off (put this Receipt on my door) L13395 License Plate #*

### Salvage

If your claim is filed for damage, and mitigation through repair or allowance is not possible, please explain why and provide contact information for salvage pickup. Salvage should be held until investigation of the claim is complete.

Salvage Contact    Phone *860-436-1327* Fax

### Claimant Information

☑ I accept that the foregoing statement of facts is hereby certified as correct.

Date *2/26/18*

Signature (for fax or mail) *I didnt get the Package*    Internal Reference No. *0309815287*

Claimant's Name (please print) *Theodore A. Tobias jr*

Claimant's Address *79 Berries Hill Rd.*    Phone *860-996-1131*

City *Windsor CT. 06095*    State / Province *CT*

Country *USA*    ZIP / Postal Code *06095*

E-Mail *getsed291@gmail.com*    Fax

### E-mail, Fax or Mail

Please return the completed form and required Proof of Value documentation (invoice and/or receipt) to:
E-mail: file.claim@fedex.com  |  Fax 1.877.229.4766  |  FedEx  Cargo Claims Dept.  P.O. Box 256  Pittsburgh, PA 15230

[ SUBMIT ]

37581PL  1/09

Windsor Police Department
340 Bloomfield Ave, Windsor CT 06095

(860) 688-4545

Page 1 of 2

## CASE/INCIDENT REPORT

SUPPLEMENTARY

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT OF | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 1800006635 | 6 | 03/09/2018 | 08:55 | 03/09/2018 | 13:01 | OTHER MINOR INCIDENT | | 49 | Patrol Officer HOLMES, JONATHAN | 137 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| | | | | | 137 | HOLMES | 03/09/2018 | 13:01 |

| STREET NO. | STREET NAME AND TYPE | | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD | TIME TYPED |
|---|---|---|---|---|---|---|---|
| 00079 | BERRIOS HILL Rd  WINDSOR | | | | Closed-No Furth | T164 | |

STATUS CODE  C=COMPLAINANT  V=VICTIM  A=ARRESTEE  J=JUVENILE  H=OTHER  M=MISSING  W=WITNESS  O=OFFENDER  D=DRIVER  S=SUSPECT  P=POLICE OFFICER  T=TOT

| STATUS | NAME | | SEX | RACE | D.O.B. | TELEPHONE | ADDRESS | OP STATE & NO. |
|---|---|---|---|---|---|---|---|---|
| C | Tobias, Theodore | | M | B | 01/18/1971  Cel | (860) 998 - 1131 | 79 Berrios Hill Rd Windsor CT | CT 016037877 |

On March 9, 2018, Officer Dally and I were dispatched to 79 Berrios Hill Road on the report of a larceny.

Upon arrival, I spoke with the complainant, Theodore Tobias, who stated he believed that a FedEx driver stole a package from him. Tobias informed me that a package was supposed to be delivered to his house on February 26, 2018. On that day, Tobias stated he was home all day. At one point he heard what sounded like someone at his door. When Tobias checked on the noise, he saw a FedEx employee returning to his vehicle and a door tag, stated that a signature was required on his from door. According to Tobias, he attempted to gain the attention of the driver who got into his truck and left the area.

Tobias stated he report this incident to FedEx and provided FedEx with his tracking number (7234568293329) for the package. FedEx informed Tobias to file a police report for the lost or stolen package, and that they would conduct an internal investigation. Tobias was provided with a FedEx reference number, (030981528?) for this claim.

While on scene Officer Dally and I, asked Tobias if he was able to log on to FedEx.com and attempt to track his package. Tobias did log on, the tracking number that Tobias was provided showed that the package was not yet delivered and was still in transit from Lyndhurst, NJ.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR ANOTHER POLICE DEPARTMENT;OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT   THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.# |
|---|---|---|---|---|
| /OFC. JONATHAN HOLMES/ | 137 | 03/09/2018 | /SGT. PETER R DEVIN/ | 327 |

# Windsor Police Department

340 Bloomfield Ave, Windsor  CT 06095

(860) 688-4545

## CASE/INCIDENT REPORT

SUPPLEMENTARY

| CFS NO | DAY | INCIDENT DATE | TIME | | | |
|---|---|---|---|---|---|---|
| 1800006635 | 6 | 03/09/2018 | 08:55 | | | |

| DIVISION | | DIVISION NO | REFERENCE DIVISION | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT |
|---|---|---|---|---|---|---|
| | | | | 03/09/2018 | 13:01 | OTHER MINOR INCIDENT |

| STREET NO | STREET NAME AND TYPE | | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE |
|---|---|---|---|---|
| 00079 | BERRIOS HILL Rd  WINDSOR | | | |

| REFERENCE DIVISION NO | CASE X-REFERENCE | INCIDENT CD | INVESTIGATING OFFICER Patrol Officer HOLMES, JONATHAN | BADGE NO 137 |
|---|---|---|---|---|
| | | 49 | | |

| | | UNIT ID 137 | TYPIST HOLMES | DATE TYPED 03/09/2018 | TIME TYPED 13:01 |
|---|---|---|---|---|---|

| STATUS Closed-No Furth. | TOWN CD T164 |
|---|---|

Tobias was instructed to contact FedEx once again and inquire about an expected delivery date for his package and which address his package was supposed to be delivered too. I also provided Tobias with a Windsor Police case number so he could obtain a copy of this report for his files and for FedEx.

End of Report.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT;OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: /OFC. JONATHAN HOLMES/ | INVESTIGATOR I.D.#: 137 | SIGNED DATE: 03/09/2018 | SUPERVISOR SIGNATURE /SGT. PETER R DEVIN/ | SUPERVISOR I.D.#: 327 |
|---|---|---|---|---|

**FedEx** Ground

**Shipment Status**
Door Tag

## Want to get packages your way?
Tell us when and where at fedex.com/delivery

Recipient's Name _____

Date/Time _____ Number of Packages _____

Driver Note _____

### Package(s) delivered

☐ Front Door   ☐ Back Door   ☐ Side Door   ☐ Garage   ☐ Porch

☐ Apartment Office   ☐ Neighbor/Other _____

Door Tag Number→   DT7238 4582 9329

Delivery Date _____ Station _____

**fedex.com** 1.800.GoFedEx 1.800.463.3339

**Pickup/delivery service days**

☐ FedEx Ground® (Mon–Fri)   ☐ FedEx Home Delivery® (Tues–Sat)

### Package(s) not picked up

☐ Another attempt will be made.   ☐ Final attempt. Reschedule if necessary.

### Package(s) not delivered

This was the:   ☐ 1st Attempt   ☐ 2nd Attempt   ☐ Final Attempt

For successful delivery, please see items checked below. To choose another option, such as Hold at FedEx Location, go to **fedex.com/delivery**.

☐ Someone must be present for delivery.

☐ A signature has been requested from someone at this address.

☐ A signature has been requested from someone over 21 at this address.

☐ C.O.D. amount due:   C.O.D. Balance $ _____

☐ Cash   ☐ Check   ☐ Guaranteed Funds

☐ Location closed or recipient not available.

☑ Leave this signed form on door. The shipper requests signature.
By my signature, I agree that FedEx will not be liable for any loss or damage that results from leaving this shipment.

Sign here: _____

Print here: _____

Please sign and print legibly in black or blue ink.



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| Certified Mail Fee | $3.45 | | | 0102 |
| | | | | 07 |
| Extra Services & Fees (check box, add fee as appropriate) | | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | | |
| ☐ Return Receipt (electronic) | $ | $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | | Here |
| ☐ Adult Signature Required | $ | $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $ | $0.00 | | |
| Postage | $0.71 | | | |
| Total Postage and Fees | $4.16 | | | 03/13/2018 |

Sent To *Fedex Cargo Claims Dept.*
Street and Apt. No., or PO Box No. *P.O. Box 256*
City, State, ZIP+4® *Pittsburgh PA 15230*

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

TO:XX  (name  FROM:FedEx Freight  06/20/2016 10:37AM  2 of 3
(860) 292-6548
Case 1:21-cv-11736-FDS  Document 1-1  Filed 10/25/21  Page 12 of 22

**FedEx®**

## FedEx Freight and FedEx National LTL Claim Form Instructions and Frequently Asked Questions (FAQs)

Read the following FAQs for answers on the claim resolution process.

**Who can file a claim?**
The sender, the recipient or a third party can file the claim.

**How do I file a claim?**
Follow the three easy steps listed below to file your claim.

**Step 1:** Choose one of the following options:

- Complete and submit a claim form online at **fedexfreight.fedex.com/claim.jsp**.
- Call customer service at 1.866.393.4585.
- Complete a claim form and e-mail, fax or mail it (see step 3).

**Step 2:** Gather the following documentation:

- Photocopy of FedEx air waybill, FedEx Ship Manager® printout, FedEx Ground Pick-Up Record or delivery receipt.
- All documentation related to the proof of value (copy of original invoice from vendor or supplier, copy of retail invoice or receipt, final confirmation screen if online order with proof of payment, itemized repair invoice or statement of non-repair, appraisal, expense statement, or any other applicable documentation).
- Serial numbers of merchandise, if applicable.
- Inspection report, if applicable.

**Step 3:** E-mail, fax or mail the completed claim form with the supporting documentation to:

file.claim@fedex.com

Fax 1.877.229.4766

FedEx
Cargo Claims Dept.
P.O. Box 256
Pittsburgh, PA 15230

If you fax your claim, you will receive a confirmation letter by return fax.

**When should I file my claim?**
Claims for concealed loss and visible or concealed damage must be reported within 21 calendar days and all supporting documentation filed within 9 months of delivery date. Claims for non-delivery must be filed within 9 months of the committed delivery date. All claims will be resolved based on the merits of the claims investigation.

**How long will the claim resolution process take?**
Most cases will normally be resolved in 5 to 7 business days after we receive your claim form and supporting claim documentation, unless additional time for research is needed.

**What should I do with the merchandise and shipment packaging?**
Keep the merchandise and all original packaging, including cartons and contents, until the claim resolution process is finished. It may be necessary to make the packaging available to FedEx for inspection.

**Where can I find specific information about the claim resolution process?**
For more detailed information, refer to the National Motor Freight Classification series and the FXF/FXNL Rules Tariff series for exclusions of liability and additional limitations.

**Can I get updates on the status of my claim?**
If you use our online filing option at **fedexfreight.fedex.com/claim.jsp**.

31591P,
1/08

**IMPORTANT!**
**FedEx is closely monitoring the winter storms across the Northeastern region of the U.S.** Learn More

FedEx ® Tracking

**723845829329**

Ship date:                                                    Scheduled delivery:
**Pending**                                                   **Pending**

LYNDHURST, NJ US                **In transit**                STOWE, VT US

Ex.

Choose to be notified of the status of your shipment via email.

Notify by [Email (HTML)        ▼]  [getsed291@gmail.com          ]

Select the language for your notification [English                    ▼]

**Request updates for these events:**

☐ Send the current status                    Estimated delivery updates

   FedEx has received the package          ☐ Delivery has been made

☐ A delivery exception has occurred

Notify by [Email (Plain Text) ▼] [getsed291@gmail.com          ]

Select the language for your notification [English                    ▼]

**Request updates for these events:**

☑ Send the current status                    Estimated delivery updates

   FedEx has received the package          ☐ Delivery has been made

☐ A delivery exception has occurred

+Add a recipient

| PERSONAL MESSAGE (optional- for email notifications only) | |
|---|---|
| Your personal message will be included on all selected email notifications. | You may include your name and your email address for the recipient. |
| Enter a message to include with each email notification (max 120 characters) | Theodore A Tobias jr |
| | getsed291@gmail.com |

☑  By selecting this check box and the submit button, I agree to these Terms and Conditions

[ Cancel ]   [ Submit ]

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers



May 27, 2016

Via US Mail

Theodore Tobias #13190-014
Medical Center for Federal Prisoners
PO Box 4000
Springfield, MI 65801

      Re: Your Correspondence to Apple

Dear Mr. Tobias,

Thank you for your correspondence to Apple dated May 12, 2016. We sincerely appreciate your support of Apple and your interest in Apple's products. I have been asked to respond to your letter, so please send any future correspondence to me.

Apple respects the valid intellectual property rights of others. Apple's breakthrough, innovative products are developed through the remarkable efforts and achievements of Apple engineers. We have adopted a policy of not accepting, reviewing, or considering outside submissions of product ideas for any purpose. We have adopted this policy due in part to the large volume of mail received and also to avoid potential misunderstandings or disputes when Apple's products or marketing strategies might seem similar to ideas submitted to Apple. The policy can be viewed at http://www.apple.com/legal/intellectual-property/policies/ideas.html.

Consistent with our policy, we are enclosing the materials you provided to us. Again, thank you for your interest in Apple. We wish you the best of luck.

Sincerely,

Anand Sethuraman
Apple Inc.

Apple Inc.
1 Infinite Loop, MS 169-3IPL
Cupertino, CA 95014-2084

https://www.fedex.com/en-us/shipping/ground.html?camp=KNC-1001816-12-10-950-1110000-US-US-EN-BDZ0001Z01ZSHIP&gclid=CkY7qmaB1uLUCFoJJDQodF3kCO4t&cclsrc=ds



(https://www.fedex.com/cgi-bin/ship_it/interNetShip?
origincountry=us&locallang=us&urlparams=us)

**START A SHIPMENT (HTTPS://WWW.FEDEX.COM/CGI-
BIN/SHIP_IT/INTERNETSHIP?
ORIGINCOUNTRY=US&LOCALLANG=US&URLPARAMS=US)**

○ ○ ○ ○

Validated June 26, 2017.

²The FedEx Ground money-back guarantee applies to deliveries within
the U.S. and to brokerage-inclusive shipments to Canada. Restrictions
apply. For details, see the FedEx Ground Tariff
(http://www.fedex.com/us/service-guide/after-you-
ship/terms/express-ground-samedaycity.html?fx-
faq=Money_Back_Guarantee_Policy_Ground).

**OUR COMPANY**

About FedEx (https://about.van.fedex.com/)

Our Portfolio (https://about.van.fedex.com/our-story/company-
structure/)

Investor Relations (http://investors.fedex.com/investor-
home/default.aspx)

Careers (https://careers.fedex.com/fedex/)

FedEx Blog (https://about.van.fedex.com/blog/)

## Ground General Liability - FedEx Insurance
www.fedex.com/us/about/insurance/general-liability2.html ▾
10 rows · Policy terms on FedEx Ground General Liability. Coverage afforded by our policies are subject to terms, conditions, limitations, exclusions and deductibles.

| LIMITS OF LIABILITY | POLICY PERIOD | INSURANCE COMPANIES AND POLICY NUM... |
|---|---|---|
| $5,000,000 Combined Single L... | 10/01/17 -18 | FedEx Ground Protective Insurance Company X... |
| $5,000,000 Combined Single L... | 10/01/17 -18 | FedEx Freight Protective Insurance Company X... |
| $5,000,000 Combined Single L... | 10/01/17 -18 | FedEx Freight Canada Protective Insurance Co... |
| $5,000,000 Combined Single L... | 10/01/17 -18 | FedEx Custom Critical Protective Insurance Co... |

See all 10 rows on www.fedex.com

## Verification of General Liability Insurance - FedEx
www.fedex.com/us/about/insurance/general-liability.html ▾
Verification of Insurance: Verification of General Liability for FedEx Corporation, FedEx Express & FedEx Services This verification is issued as a matter of information only.

## What is FedEx Declared Value? – ShippingEasy Knowledge Base
https://support.shippingeasy.com/hc/en-us/articles/208274103-What... ▾
FedEx refers to the "insured value" as the "declared value". For shipments without a declared value, FedEx's maximum liability is $100 for damages or losses at no cost.

## USPS Smartpost Insurance Scam - Google Groups
https://groups.google.com/d/topic/rec.crafts.metalworking/44OcmDjtWds ▾
Feb 13, 2012 · USPS Smartpost Insurance Scam ... FedEx Smartpost USPS Insurance Fraud Scam Buyer Beware ... they covered their butts on their liability to only the time they handle

## Accident Claims Against FedEx | Settlement Value
www.millerandzois.com › Practice Areas › Truck Accidents ▾
Why FedEx Accident Cases Have a Higher Settlement Value ... FedEx admitted liability and the jury trial proceeds to determine the amount of non ... Google User ...

## FedEx Freight Total Compensation - Logout
https://freighttotalcomp.fedex.com/Logout.aspx ▾
Logout You have been ... THIS AGREEMENT SETS FORTH THE ENTIRE LIABILITY OF FEDEX FREIGHT AND ITS AFFILIATES, PROVIDERS. ... (such as Google)..

## FedEx Corporation (FDX) Delivers a Holiday Quarter ...
https://money.usnews.com/.../2016-03-21/fedex-corporation-fdx-stock ▾
FedEx topped analyst expectations across the board. ... Share on Google Plus. ... remeasurement of U.S. deferred tax liability ...

## FedEx - Wikipedia
https://en.wikipedia.org/wiki/Fed_Ex_Corporation ▾
FedEx Corporation is an import/export company, incorporated October 2, 1997, in Delaware. FDX Corporation was founded in January 1998 with the acquisition of Caliber System Inc. by Federal Express.
Founder: Frederick W. Smith              Type: Public
Founded: 1971; 47 years ago, (as Federal Ex...
History · Operating units and logos · Political donations ... · Controversies

## Romania Country Snapshot - FedEx Small Business Center
https://smallbusiness.fedex.com/international/country-snapshots/... ▾
FedEx International Resource Center - Romania Country Snapshot. Romania Import Prohibitions; General Import Restrictions; Romania Import Restrictions

## FedEx Custom Critical On-Board Courier Service
customcritical.fedex.com/us/services/air-expedite/courier.shtml ▾
For door-to-door, hand-carry services, we offer on-board courier service. Find out more here.

## Fedex Quote | Get Results Now
Ad · www.smarter.com/Fedex Quote/Quality_Results ▾
Search for Fedex Quote. Browse & Discover Useful Results!
Discover More Results · Information 24/7 · Search for Info · Find Related Results Now

## Fedex Online Application | Fedex is hiring in your area
Ad · Fedex.findyourjob.net ▾
Fedex is hiring in your area. Online Application. Easy to Apply.
Apply for Fedex jobs - FindYourJob
Friendly Customer Service · Lower Prices · Wide Variety

Related searches
fedex limits of liability
fedex certificate of liability insurance
fedex freight liability insurance
fedex liability claims department
fedex google maps
google fedex shipping
google fedex near me
fedex freight excess liability coverage

**FedEx**

Shipping        Tracking        Printing Services        Locations        Support

For FedEx Corporation and
FedEx Services

For FedEx Express

For FedEx Ground

For FedEx Freight

For FedEx Custom Critical

For FedEx Trade Networks

For FedEx Supply Chain
Distribution System, Inc.

For FedEx Office Print & Ship
Services

## Verification of Insurance

**General Liability Insurance for FedEx Ground, FedEx Freight, FedEx Trade Networks, FedEx Custom Critical, FedEx Supply Chain Distribution System, Inc., FedEx Office Print & Ship Services.**

This verification is issued as a matter of information only. The coverage afforded by the policies listed below are subject to the policy terms, conditions, limitations, exclusions and deductibles. This verification does not amend, extend or alter the coverage afforded by such policies.

|  | Limits of Liability | Policy Period | Insurance Companies and Policy Numbers |
|---|---|---|---|
| Commercial General Liability | $5,000,000 Combined Single Limit | 10/01/17 -18 | FedEx Ground Protective Insurance Company X1419-17 |
|  | $5,000,000 Combined Single Limit | 10/01/17 -18 | FedEx Freight Protective Insurance Company XP1420-17-16 |
|  | $5,000,000 Combined Single Limit | 10/01/17 -18 | FedEx Freight Canada Protective Insurance Company CX-1981-17 |
|  | $5,000,000 Combined Single Limit | 10/01/17 -18 | FedEx Custom Critical Protective Insurance Company X-1423-17 |
|  | $2,000,000 Combined Single Limit | 10/01/17 -18 | FedEx Supply Chain Distribution System, Inc. National Union Fire Insurance Co of Pittsburgh, PA GL8939031 |
|  | $2,000,000 Combined Single Limit | 10/01/17 -18 | FedEx Supply Chain Distribution System, Inc.- Canada AIG Insurance Company of Canada RMGL9895886 |
|  | $1,000,000 Combined Single Limit | 10/01/17 -18 | FedEx Trade Networks National Union Fire Insurance Co of Pittsburgh, PA GL6039030 |
|  | $1,000,000 Combined Single Limit | 10/01/17 -18 | FedEx Trade Networks - Canada AIG Insurance Company of Canada GL1111536 |
|  | $5,000,000 Combined Single Limit | 10/01/17 -18 | FedEx Office & Print Services Protective Ins. Co X1993-17 |
|  | $5,000,000 Combined Single Limit | 10/01/17 -18 | FedEx Office & Print Services - Canada Protective Ins. Co. CX1992-17 |

Severability Liability Notice - The subscribing insurers' obligations under contracts of insurance to which they subscribe are several and not joint and are limited solely to the extent of their individual subscriptions. The subscribing insurers are not responsible for the subscription of any co-subscribing insurer who for any reason does not satisfy all or part of its obligation.

OUR COMPANY

About FedEx              FedEx Blog
Our Portfolio            Corporate Responsibility
Investor Relations       Newsroom
Careers                  Contact Us

MORE FROM FEDEX

FedEx Compatible
Developer Resource Center
FedEx Cross Border

LANGUAGE

Change Country

English

FOLLOW FEDEX

© FedEx 1995-2018        Feedback    |    Site Map    |    Terms of Use    |    Security & Privacy


723845829329 

Scheduled delivery:

Pending



IN TRANSIT

GET STATUS UPDATES

FROM

LYNDHURST, NJ US

TO

STOWE, VT US

×

Your request was successfully submitted to the following email address:

getsed291@gmail.com

DONE

OUR COMPANY

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility









(TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:
TORT - MOTOR VEHICLE TORT - CONTRACT -
EQUITABLE RELIEF - OTHER)

*MRA*

# COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.

SUPERIOR COURT
CIVIL ACTION

NO.

_____ *Theodore Tobias jr*, Plaintiff(s)

v.

_____ *Frederick Smith* _____, Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon *Theodore Tobias jr*
plaintiff's attorney, whose address is *826 Willard St. Apt 212, Quincy Ma 02169*
an answer to the complaint which is herewith served upon you, within 20 days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You are also required to file your answer to the
complaint in the office of the Clerk of this court at Dedham either before service upon the plaintiff's
attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim
which you may have against the plaintiff which arises out of the transaction or occurrence that is the
subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other
action.

WITNESS, Heidi E. Brieger Esquire ], at _____ the _____

day of _____, in the year of our Lord two thousand and _____

_____ Clerk.

NOTES:
1. This summons is issued pursuant to Rules 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption.
If a separate summons is used for each such defendant, each should be addressed to the particular defendant.

F-33